**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY,<br>Plaintiff<br><br>v.<br><br><br>VIRGINIA TRANSPORTATION<br>CORPORATION, LEO H. DOIRE, JR.<br>and WAYNE DEMARCO,<br><br>Defendants | ) | **Civil Action No.: 06-488** |

NOTICE OF RELATED PROCEEDINGS

Now Comes the Defendants and files this notice of related proceedings pursuant to LR Cv 9.1 The following claims are pending as of the date of Plaintiffs filing the above entitled matter as a result of the same events, specifically an automobile accident that occurred on September 10, 2003:

1. *Wayne DeMarco et al v. Leo Doire and Virginia Transportation*; CA 04-1171. Providence County Superior Court. DeMarco obtained a jury verdict on September 22, 2006 in the amount of $2,053,795.00. At the request of Travelers a stay of entry of judgment was granted.

2. *Travelers Indemnity Company v. Wayne DeMarco, et al.*; CA 06-4266; Providence County Superior Court. Travelers filed an interpleader petition seeking court approval to be discharged from all liability to any Defendants in excess of $1,000,000.00. The matter remains pending.

3. *Wayne DeMarco, Leo Doire and Virginia Transportation v. Travelers Indemnity Company, et al.*; CA 06-6103; Providence Superior Court. Plaintiffs filed suit for breach of contract and bad faith as well as a determination of their *Asermely* claims. The matter remains pending.

Defendants,
By Their Attorneys:
***D'AMICO • BURCHFIELD, LLP***

**/s/ Mark Dana**
**/s/ Robert D'Amico, II**

Robert A. D'Amico, II, Esq. #4593
Mark W. Dana, Esq. #4150
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212 (401) 454-1233 – fax

December 4, 2006

CERTIFICATION

I hereby certify that on this first day of December 2006, I mailed a copy of the within via first class mail, postage prepaid to the following:

Steve Harten, Esquire
Ratcliffe, Burke Harten & Elias, LLP
1600 Financial Plaza
Providence, RI 02903