AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

TRAVELERS INDEMNITY COMPANY

V.

VIRGINIA TRANSPORTATION CORP., LEO H. DOIRI

**APPEARANCE**

Case Number: 06-488

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, Virginia Transporation Corp., Leo H. Doire, Jr., and Wayne DeMarco.

I certify that I am admitted to practice in this court.

12/1/2006

Date

/s/ Mark W. Dana, Esq. #4150
/s/ Robert A. D'Amico, Esq. #4593

Signature

Print Name Bar Number

D'AMICO - BURCHFIELD, LLP , 536 Atwells Avenue

Address

Providence RI 02909

City State Zip Code

(401) 454-1212 (401) 454-1233

Phone Number Fax Number