**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY,<br>Plaintiff<br><br>v.<br><br>VIRGINIA TRANSPORTATION CORPORATION, LEO H. DOIRE, JR. and WAYNE DEMARCO,<br><br>Defendants | **Civil Action No.: 06-488S** |

***ANSWER OF DEFENDANTS TO AMENDED COMPLAINT***

***PARTIES***

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

***FACTS***

5. Admitted.

6. Admitted

7. Admitted.

8. Admitted.

9. Admitted.

10. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and therefore, leave Plaintiff to its burden of proof.

11. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and therefore, leave Plaintiff to its burden of proof.

12. Admitted that DeMarco filed suit in February of 2004 and that Woscyna filed in August of 2006 and National Grid filed in September of 2006.

13. Admitted.

14. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and therefore, leave Plaintiff to it's burden of proof.

15. Admitted.

16. Denied.

17. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and leaves Plaintiff to it's burden of proof.

18. Admitted.

19. Admitted.

20. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and therefore, leave Plaintiff to its burden of proof.

21. Denied. No offer was made by Travelers to DeMarco.

22. Denied. There was a time when DeMarco was willing to settle for less than the full limit.

23. Denied in part. The "proposal" sent one business day before the start of the trial, required all parties to agree or no settlement would take place.

24. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and therefore leave Plaintiff to its burden of proof.

25. Denied.

26. Denied.

27. Admitted

28. Admitted that Travelers filed an Interpleader Complaint. Denied that it sought to resolve the competing claims of DeMarco, Woscyna and National Grid.

29. Admitted that counsel for Doire filed a motion in the Interpleader action on behalf of Travelers to protect Travelers from any additional obligation above the $1,000,000 limit.

30. Admitted

31. Denied. The decision denied the motion without prejudice and cited Counsels for Travelers conflict of interest.

32. Admitted that DeMarco settled its claim against Virginia and Doire but not with Travelers.

33. Denied in part. The release specifically excludes Travelers.

34. Admitted.

35. Admitted.

36. Denied.

37. Denied. The general release in no way releases Travelers.

38. Denied.

39. Admitted.

40. Denied.

41. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and therefore, leave Plaintiff to its burden of proof.

42. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and therefore, leave Plaintiff to its burden of proof.

43. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph and therefore, leave Plaintiff to its burden of proof.

***COUNT I – DECLARATORY RELIEF***

44. Repeat and reiterate our response to Paragraphs 1 through 43 above as it fully reiterated herein.

45. Admit as it relates to the Declaratory Judgment Act.

46. (A) Denied; (B) Denied; (C) Denied and (D) Denied.

WHEREFORE, Defendants respectfully request this Court to deny and dismiss Plaintiff's Complaint and the specific requests for relief under Paragraph 46 A-D thereof.

Respectfully Submitted,
Defendants,
By Their Attorneys:

***D'AMICO • BURCHFIELD, LLP***

**/s/ Mark Dana**
**/s/ Robert D'Amico**

Robert A. D'Amico, II, Esq. - #4593
Mark W. Dana, Esq. - #4150
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 – fax

***FIRST AFFIRMATIVE DEFENSE***

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

***SECOND AFFIRMATIVE DEFENSE***

The above matter should be dismissed, or in the alternative stayed, in favor of parallel state court proceedings between the same parties.

***THIRD AFFIRMATIVE DEFENSE***

Travelers has unclean hands.

## ***FOURTH AFFIRMATIVE DEFENSE***

Travelers is in breach of the insurance contract.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully Submitted,
Defendants,
By Their Attorneys:

***D'AMICO • BURCHFIELD, LLP***

**/s/Robert D'Amico**
**/s/ Mark Dana**
_______________________

Robert A. D'Amico, II, Esq. #4593
Mark W. Dana, Esq. - #4150
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 – fax

## ***CERTIFICATION***

I hereby certify that on this 11th day of December 2006, I true copy of the within document was filed electronically, and is available for viewing and downloading from ECF system, and copies of document were mailed to ***Stephen P. Harten, Esq.***, Ratcliffe Burke Harten & Elias LLP, 1600 Financial Plaza, Providence, RI 02903 via regular mail.

/s/ Mark Dana
_____________________________
of D'AMICO – BURCHFIELD, LLP