D

**Dana, Mark**

**From:** Tony Zelle [tzelle@zelmcd.com]
**Sent:** Friday, October 27, 2006 5:34 PM
**To:** Dana, Mark
**Cc:** 'Tony Zelle'; 'Tony Zelle'
**Subject:** DeMarco v. Doire et al

Mark:

Please let me know whether an offer was ever extended to National Grid and, if so, whether a representation was made that this payment would not be applied against the policy limit.

Either I or my partner Brian McDonough will hook up with you before the scheduled appearance before judge Procaccini to hear his decision on the post-trial motions. As I mentioned in the v-mail I left you, because the entry of judgment could have dire financial consequences for Virginia Transport, you should try to persuade Mark Dana, or if necessary the court, to agree to a stay of the entry of judgment to provide an opportunity for mediation. You can represent that we do not seek to toll the accrual of interest, only the entry of judgment. You should speak with Steve DeLuca as he will be able to provide you with more detail to support this request.

Also, please prepare the papers necessary to effectuate a change of counsel in the interpleader action. My local counsel, Steve Harten, will substitute in and will take care of my pro hac vice admission.

Lastly (for now), if you prepared any written analysis of the availability of other insurance, in particular the Virginia Transportation umbrella policy, to the DeMarco and Woscyn claims, please provide me with a copy.

I look forward to continuing to work with you on this matter.

TZ

*Anthony R. Zelle*
**ZELLE McDONOUGH LLP**
**Four Longfellow Place, 35th Floor**
**Boston, MA 02114**
**617-742-6520**
**617-973-1562 (fax)**
**tzelle@zelmcd.com**
**www.zelmcd.com**

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error. Any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us