F

---

**From:** Tony Zelle [mailto:tzelle@zelmcd.com]
**Sent:** Thursday, November 09, 2006 10:44 AM
**To:** Dana, Mark
**Cc:** D'Amico, Robert A.; 'Deluca, Steven'; 'Michael DeLuca'; 'Hector Zumbado'; 'Jeffrey Pine'
**Subject:** DeMarco Mediation

Mark:

Please set up the mediation with Vin Ragosta on November 17th and kindly ask him to give me a call to discuss his fee. In that regard, I suggested mediation because I believe it is a means to advance the respective interests of all parties involved and I expected all parties to share in the cost. Nevertheless, as a reflection of Travelers good faith and to keep the focus on the resolution of this matter, Travelers will cover the cost of the mediation.

TZ

*Anthony R. Zelle*
**ZELLE McDONOUGH LLP**
**Four Longfellow Place, 35th Floor**
**Boston, MA 02114**
**617-742-6520**
**617-973-1562 (fax)**
tzelle@zelmcd.com