**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA TRANSPORTATION CORPORATION, LEO H. DOIRE, JR., and WAYNE DEMARCO,<br><br>Defendants. | ) | Civil Action No.: 06-488S |

**MOTION OF THE TRAVELERS INDEMNITY COMPANY TO EXTEND TIME WITHIN WHICH TO OPPOSE MOTION FOR DISMISSAL OR IN THE ALTERNATIVE A STAY**

Now comes The Travelers Indemnity Company and hereby requests additional time, up to and including January 5, 2007, within which to oppose the Defendants' Motion for Dismissal or in the Alternative a Stay. As grounds in support hereto, Travelers submits the attached memorandum.

Respectfully submitted,

**THE TRAVELERS INDEMNITY COMPANY,**
By its attorneys,

/s/ Stephen P. Harten

Stephen P. Harten, R.I. Bar I.D. No. 4102
**RATCLIFFE BURKE HARTEN & ELIAS LLP**
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

and

Anthony R. Zelle (pro hac vice application to be filed)
**ZELLE MCDONOUGH LLP**
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-6520
Fax: (617) 973-1562

Dated: December 21, 2006

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on December 21, 2006

/s/ Stephen P. Harten
Stephen P. Harten

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA TRANSPORTATION CORPORATION, LEO H. DOIRE, JR., and WAYNE DEMARCO,<br><br>Defendants. | **Civil Action No.: 06-488S** |

**MEMORANDUM IN SUPPORT OF MOTION OF THE TRAVELERS INDEMNITY COMPANY TO EXTEND TIME WITHIN WHICH TO OPPOSE MOTION FOR DISMISSAL OR IN THE ALTERNATIVE A STAY**

The Plaintiff, The Travelers Indemnity Company (hereinafter, "Travelers"), hereby requests this Honorable Court for additional time, up to and including January 5, 2007, to submit an Opposition to the Defendants' Motion for Dismissal or in the Alternative a Stay (hereinafter, the "Motion").

Federal Rule of Civil Procedure 6(b) provides, in part, that:

> *When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order.*

The attorneys representing Travelers wish to take time away from work to spend with family during this holiday season and, therefore, would encounter some hardship in order to timely address the Defendants' Motion. Travelers seeks a brief extension to properly respond to the Defendants' Motion, seeking to file the response on or before January 5, 2007. Accordingly, Travelers respectfully requests the additional time to provide due attention and prepare an appropriate opposition to the defendants' motion. The undersigned represents that a good faith attempt to obtain a stipulation from defendants' counsel was made but unsuccessful.

**WHEREFORE,** the Travelers Indemnity Company respectfully requests this Honorable Court to grant additional time, up to and including January 5, 2007, within which Travelers may submit an Opposition to the Defendants' Motion for Dismissal or in the Alternative a Stay.

Respectfully submitted,

**THE TRAVELERS INDEMNITY COMPANY,**
By its attorneys,

/s/ Stephen P. Harten

Stephen P. Harten, R.I. Bar I.D. No. 4102
**RATCLIFFE BURKE HARTEN & ELIAS LLP**
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

and

Anthony R. Zelle (pro hac vice application to be filed)
**ZELLE MCDONOUGH LLP**
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-6520
Fax: (617) 973-1562

Dated: December 21, 2006

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on December 21, 2006

/s/ Stephen P. Harten
Stephen P. Harten