**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA TRANSPORTATION CORPORATION, LEO H. DOIRE, JR., and WAYNE DEMARCO,<br><br>Defendants. | ) | **Civil Action No.: 06-488S** |

**NOTICE OF APPEARANCE**

I, Jenny M. Cordero, Esquire, hereby enter my appearance on behalf of the Plaintiff, The Travelers Indemnity Company. I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Jenny M. Cordero

Jenny M. Cordero, Esq., #7200
**Ratcliffe Burke Harten & Elias, LLP**
1600 Financial Plaza
Providence, RI 02903
Tel: (401) 331-3400
Fax: (401) 331-3440

Dated: December 29, 2006

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 29, 2006.

/s/ Jenny M. Cordero
Jenny M. Cordero, Esq.