# EXHIBIT 5

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**PROVIDENCE, SC.** **SUPERIOR COURT**

| | | |
|---|---|---|
| **WAYNE DEMARCO,** | : | |
| **LESSA DEMARCO, Individually** | : | |
| **And as Parent and Next Freid of** | : | |
| **BRAEDYN DEMARCO, a minor and** | : | |
| **CHAYCE DEMARCO, a minor** | : | |
| | : | |
| **vs.** | : | **C.A. No.: PC 04-1171** |
| | : | |
| **LEO H. DOIRE, Alias and** | : | |
| **VIRGINIA TRANSPORTATION CORP.** | : | |
| **Alias** | : | |

# ORDER

This matter came on before Justice Procaccini for hearing on the 3rd day of January, 2007, and it is hereby:

**ORDERED**

After hearing thereon and in consideration thereof judgment entered in favor of the plaintiffs on September 22, 2006, plus taxed costs in the amount of $5,879.32. Said judgment is satisfied in full.

ENTER: BY ORDER:

Daniel A. Procaccini
Associate Justice

Clerk

DATED: 1-3-07