UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE TRAVELERS INDEMNITY COMPANY,

Plaintiff,

v.

VIRGINIA TRANSPORTATION CORPORATION, LEO H. DOIRE, and WAYNE DEMARCO,

Defendants.

Case No.: 1:06-cv-488S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, The Travelers Indemnity Company, hereby moves that Anthony Robert Zelle of Zelle McDonough LLP, be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiff, The Travelers Indemnity Company,

DATED: December 29, 2006

Stephen P. Harten /S/
Stephen P. Harten, R.I. Bar I.D. No. 4102
RATCLIFFE BURKE HARTEN & ELIAS, LLP
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400; (401) 331-3440 (fax)

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the Commonwealth of Massachusetts and the State of Minnesota, and of the following Federal District Court and Court of Appeals Bars: the United States District Court for the Districts of Connecticut, Massachusetts and the Northern District of California, the United States Court of Appeals for the First and Third Circuits, and the United States Supreme Court and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. During the past 12 months, I appeared pro hac vice in this Court in an action entitled *Armbrust International, LTD. and Erwin Pearl, Inc. v. The St. Paul Travelers Companies, Inc., et al*, C.A. No. 04-212ML. I was admitted to appear pro hac vice in that action by Order dated July 20, 2004, Judge Lisi presided over that matter. Magistrate Judge Almond presided over a settlement conference.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Anthony R. Zelle

Anthony R. Zelle
Massachusetts Board of Bar Overseers No. 548141
**ZELLE MCDONOUGH LLP**
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 742-6520; Fax: (617) 973-1562

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Stephen P. Harten /S/
Stephen P. Harten, R.I. Bar I.D. No. 4102
**RATCLIFFE BURKE HARTEN & ELIAS, LLP**
1600 Financial Plaza
Providence, RI 02903
(401) 331-3400; (401) 331-3440 (fax)

ORDER

This motion is hereby Granted

District Judge [illegible]

Date: 1/5/07