AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

The Travelers Indemnity Company
Plaintiff,
V.

Virigina Transportation Corp., Leo H. Doire, Jr., and Wayne DeMarco,
Defendant.

**APPEARANCE**

Case Number: 06-488 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, Viriginia Transporation Corp., Leo H. Doire, Jr., and Wayne DeMarco.

I certify that I am admitted to practice in this court.

1/10/2007
Date

/s/ Robert A D'Amico, II, Esq. #4593
Signature

Print Name Bar Number

D'AMICO - BURCHFIELD, LLP
536 Atwells Avenue
Address

Providence RI 02909
City State Zip Code

(401) 454-1212
Phone Number

(401) 454-1233
Fax Number