AO 435 (Rev 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1 NAME<br>Jenny M. Cordero, Esq. of Ratcliffe Burke Harten & Elias | | 2. PHONE NUMBER<br>(401) 331-3400 | 3. DATE<br>4/10/2007 |
| 4 MAILING ADDRESS<br>1600 Financial Plaza | | 5 CITY<br>Providence | 6 STATE<br>RI / 7 ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>1:06cv488 | 9 JUDGE<br>Smith | DATES OF PROCEEDINGS<br>10. FROM 4/9/2007 | 11. |
| 12. CASE NAME<br>Travelers v. Virginia Transportation, et al. | | LOCATION OF PROCEEDINGS<br>13. USDCRI, Courtroom 2 | 14. |

15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER

16 TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING | 04/09/2007 |
| ☐ CLOSING ARGUMENT (Defendant) | | Hearing on Motion to Dismiss | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO OF COPIES | | |
| EXPEDITED | ☒ | ☒ | NO OF COPIES | | |
| DAILY | ☐ | ☐ | NO OF COPIES | | |
| HOURLY | ☐ | ☐ | NO OF COPIES | | |

CERTIFICATION (18 & 19)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18 SIGNATURE [signature]

19. DATE 4/10/2007

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY