UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRAVELERS INDEMNITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA TRANSPORTATION CORPORATION, LEO H. DOIRE, JR, and WAYNE DEMARCO,<br><br>Defendants. | ) | C.A. 06-488 S |

**ORDER**

On April 4, 2007, this Court heard oral argument on Defendants' Motion for a Dismissal or in the Alternative a Stay. At the conclusion of oral argument, this Court granted Defendants' motion to stay this matter until no later than November 22, 2007, at or about the date upon which the period for removal of the parallel state court proceeding would expire. Stay in this matter was temporary - this Court cautioned all parties that the matter would be dismissed if removal were not effectuated and the non-diverse defendants remained active in the parallel state court proceedings. On December 11, 2007, after the window for removal had closed, this Court received notice from Defendants in this matter that the parallel state court proceedings are on-going, and the non-diverse defendants remain parties to that litigation. Therefore, and as set forth by this Court on April 4, 2007, because this matter deals with unique state law claims, and in order for

the state court to better adjudicate issues particular to its own laws, this matter is hereby DISMISSED.

It is so ordered.

William E. Smith
United States District Judge
Date: 1/2/08